UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable: Jacqueline P. Cox

Hearing Date: June 26, 2012

Bankruptcy Case: 11-10709-JPC

Adversary No.:

Title of Case: Trans Read Warehouse, Inc.

Brief Statement of Motion: Motion of Trustee for an order Authorizing and Approving Sale of Real Property of the Debtor Free and Clear of Liens Pursuant to 11 U.S.C. § 363 ("Motion")

Names and Addresses of moving counsel:
Chris Harney of Seyfarth Shaw LLP
131 S. Dearborn St. #2400
Chicago IL 60603

Representing:

ORDER

IT IS HEREBY ORDERED,

(A) the Motion is granted;

(B) the sale of the Property (as defined in the Motion) is Approved; and

(C) the parties shall submit a draft order to follow

*/s/ Jacqueline P. Cox*
JUDGE JACQUELINE P. COX
UNITED STATES BANKRUPTCY COURT
JUN 26 2012