# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 7 |
| TRANS READ WAREHOUSE, INC., ) | Case No. 11-10709-JPC |
| 7035 PROPERTIES, INC. ) | Case No. 11-10837-JPC |
| ) | (substantively consolidated) |
| ) | Hon. Jacqueline P. Cox |
| Consolidated Debtors. ) | |
| ) | Hearing Date:  March 16, 2017 |
| ) | Hearing Time:  9:30 a.m. |
| ) | |

## COVER SHEET FOR FIRST AND FINAL APPLICATION OF POPOWCER KATTEN, LTD, FOR COMPENSATION AS ACCOUNTANTS FOR THE ESTATE

Name of Applicant:        Popowcer Katten, Ltd., Accountants

Authorized to Provide
Professional Services to:     The Consolidated Estates

Date of Order Authorizing
Employment:         August 11, 2011

Period for which Compensation
and Reimbursement is Sought:    August 11, 2011 through September 18, 2014

Amount of Final Fees Sought:    $21,698.50

Amount of Final Expense      $    24.44
Reimbursement Sought:

This is an:   X   Final       Interim Application.

Prior Applications        Date Filed    Amount Requested    Amount Awarded

None

Dated:  February 13, 2016        Respectfully submitted,

                Popowcer Katten, Ltd., Accountants

                By:  /s/ Lois West
                    Lois West, CPA

26968470v.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 7 |
| TRANS READ WAREHOUSE, INC., ) | Case No. 11-10709-JPC |
| 7035 PROPERTIES, INC. ) | Case No. 11-10837-JPC |
| ) | (substantively consolidated) |
| ) | Hon. Jacqueline P. Cox |
| Consolidated Debtors. ) | |
| ) | Hearing Date:  March 16, 2017 |
| ) | Hearing Time:  9:30 a.m. |
| ) | |

**FIRST AND FINAL APPLICATION OF POPOWCER KATTEN, LTD. FOR
ALLOWANCE OF COMPENSATION AS ACCOUNTANTS FOR THE ESTATE**

Popowcer Katten, Ltd. ("Popowcer"), tax accountants for the consolidated bankruptcy estates of Trans Read Warehouse, Inc. ("Trans Read") and 7035 Properties, Inc. ("7035") (hereinafter collectively referred to as the "Consolidated Debtors") respectfully presents its First and Final Application for the Allowance of Compensation (the "Application") for services rendered and to be rendered as accountants on behalf of Gus A. Paloian, not individually but solely as the Chapter 7 Trustee ("Trustee") for the period August 11, 2011 through September 18, 2011 (the "Application Period").  In support of this Application, Popowcer states as follows:

**FACTUAL AND PROCEDURAL BACKGROUND**

1. On March 15, 2011, Trans Read filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code.  On March 16, 2011, 7035 filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code.  Trans Read previously filed for relief under Chapter 11 of the Bankruptcy Code in 2009.  The Bankruptcy Court entered a final decree in the 2009 bankruptcy case, Case No. 09-21854, on March 8, 2011.

2

2.  On April 18, 2011, The PrivateBank & Trust Company ("PrivateBank") filed an Application to Convert the Trans Read and 7035 bankruptcy cases (collectively, the "Cases"; hereinafter, "Cases" collectively shall refer to the Debtors' cases and, "Trans Read Case" and "7035 Case" shall refer to the individual bankruptcy cases of Trans Read and 7035, respectively) from Chapter 11 to Chapter 7 because of, among other things, Debtors' administrative insolvencies.  On May 5, 2011, the Bankruptcy Court entered orders converting the Debtors' Chapter 11 cases to cases under Chapter 7.  On May 12, 2011, the United States Trustee appointed Gus A. Paloian as the Trustee in the Cases.

3.  On May 31, 2011, the Bankruptcy Court granted the Trustee's Application for Joint Administration of the Cases.

4.  By its Order of August 11, 2011, this Court authorized the Trustee to employ Popowcer as accountants for the Consolidated Estates.  A copy of the August 11, 2011 order is attached hereto as **Exhibit 1**.

## EXTENT AND NATURE OF SERVICES RENDERED

5.  Popowcer has advised the Trustee as to the Consolidated Estates' tax matters and performed accounting services relating to the preparation of tax forms and returns for the Consolidated Estates for the tax years 2011, 2012, 2013 and final tax year 2014. Popowcer also prepared letters to the Internal Revenue Service (the "IRS") and the Illinois Department of Revenue (the "IDOR") in accordance with section 505(b) and responded to multiple notices received from the IRS and IDOR.  Additionally, Popowcer prepared various payroll tax returns for 2011 and 2012.

6.  In this Application, Popowcer seeks the allowance of $21,698.50 in final compensation for necessary services rendered, and final expense reimbursement of $24.44.  A

3

copy of Popowcer's invoices identifying the services provided to the Consolidated Estates is attached hereto as **Exhibit 2**.

## PRIOR COMPENSATION

7. This is the first and final application that Popowcer will file in the case.

8. Popowcer has not previously received payment of any compensation for services rendered in connection with this case. Popowcer has not entered into any agreement with any other person or persons for the sharing of compensation received or to be received for services rendered in connection with this matter, except among the principals and associates of Popowcer.

## STATUS OF CASE

9. The Trustee has completed his administration of this case. The Trustee's final report has been filed simultaneously herewith.

## RELIEF REQUESTED

WHEREFORE, Popowcer requests the entry of an Order:

A. Allowing Popowcer final compensation in the amount of $21,698.50;

B. Allowing Popowcer final expense reimbursement in the amount of $24.44;

C. Authorizing the Trustee to pay Popowcer the amounts of $21,698.50 and $24.44 in compensation and expenses, as part of Trustee's final distribution in this case from the funds on hand in the Consolidated Estates; and

D. Granting such other and further relief as this Court deems proper.

Dated: February 13, 2017          Respectfully submitted,

Popowcer Katten, Ltd., Accountants

By: /s/ Lois West
Lois West, CPA

26968470v.1