IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br>TRANS READ WAREHOUSE, INC.,<br>7035 PROPERTIES, INC.<br><br>Consolidated Debtors. | Chapter 7<br>Case No. 11-10709-JPC<br>Case No. 11-10837-JPC<br>(substantively consolidated)<br>Hon. Jacqueline P. Cox<br><br>Hearing Date: March 16, 2017<br>Hearing Time: 9:30 a.m. |

### CERTIFICATE OF SERVICE

The undersigned non-attorney hereby certifies that on February 13, 2017, she caused to be served a true and correct copy of each of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object** via (i) the Court's CMECF electronic noticing system, upon all registered participants in this proceeding, so identified on the attached Service List; and (ii) First Class, U.S. Mail, postage prepaid, upon each of the parties, as noted, on the attached Service List.

Dated: February 13, 2017

                                                                  /s/ Jennifer M. McManus
                                                                  Jennifer M. McManus

Subscribed and sworn to be before me
this 13th day of February, 2017

/s/ Teresa Marie Brown
Notary Public



TERESA MARIE BROWN
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
May 12, 2020

37099945v.1

## TRANS READ WAREHOUSE, INC.
## 7035 PROPERTIES, INC.
## SERVICE LIST

**SERVED VIA ELECTRONIC CM/ECF**

| | |
|---|---|
| Francis X. Buckley | fxbuckleyjr@thompsoncoburn.com, aversis@thompsoncoburn.com |
| Paul Catanese | pcatanese@mcguirewoods.com, docket@mcguirewoods.com |
| Jeffrey A. Chadwick | jchadwick@mcguirewoods.com |
| David A. Eide | deide@ke-llp.com |
| Adam B. Goodman | adam@thegoodmanlawoffices.com |
| Allen J. Guon | aguon@shawfishman.com, cowens@shawfishman.com |
| Timothy Harris | tharris@reedsmith.com |
| Patrick S. Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Matthew G. Martinez | matthew.martinez@sidley.com, efilingnotice@sidley.com |
| Judith G. Miller | jmiller@jaffelaw.com |
| Michael C. Moody | mmoody@orourkeandmoody.com, firm@orourkeandmoody.com, morourke@orourkeandmoody.com |
| Marylynne K. Schwartz | mschwartz@shawgussis.com |
| Jessica Tovrov | jessica@tovrovlaw.com |
| Michael B. Weininger | mweininger@lw-llp.com, cpotter@lw-llp.com |

37099945v.1

**VIA UNITED STATES MAIL**

American Express Bank, FSB
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Michael Weininger, Esq./Lupel Weininger
30 North LaSalle St.
Suite 3520
Chicago, IL 60602-3334

Colonial Pacific Leasing Corporation c/o
Reed Smith LLP
Attn Timothy S. Harris
10 S. Wacker Drive, Suite 4000
Chicago, IL 60606-7506

Department of the Treasury
Internal Revenue Service
PBO 7346
Philadelphia, PA 19101-7346

(p)GREATAMERICA FINANCIAL
SERVICES CORPORATION
PO BOX 609
CEDAR RAPIDS IA 52406-0609

Illinois Department of Employment
Security
33 South State Street 10th Floor
Chicago, Illinois 60603-2804
Attn. Amelia Yabes

Lewis R. Shapiro
Willow Hill Executive Center
550 W Frontage Road, Suite 3620
Northfield, IL 60093-1243

Office of the U.S. Trustee
219 S. Dearborn St Room 873
Chicago, Il 60604-2027

The PrivateBank and Trust Company
c/o Jeffrey A. Chadwick
McGuireWoods LLP

Assura Agency Ltd
One Century Centre
1750 East Golf Road
Schaumburg, IL 60173-5835

Chemsol LLC
601 Carlson Parkway Ste 400
Minnetonka, MN 55305-5226

Debbie's Customized Staffing
4117 W. 47th St
Chicago, IL 60632-4158

First Insurance Funding Corp.
450 Skokie Blvd
STE 1000
Northbrook, IL 60062-7917

H&R Block
444 N. Michigan Ave.
Ste 470
Chicago, IL 60611-3988

Illinois Department of Revenue
Bankruptcy Se
P.O. Box 64338
Chicago, Illinois 60664-0338

Mills Pallet Inc.
4500 W Roosevelt Road
Chicago, IL 60624-3842

SPRINT NEXTEL
CORRESPONDENCE
ATTN BANKRUPTCY DEPT
PO BOX 7949
OVERLAND PARK KS 66207-0949

Tovrov Law Offices LLC
105 West Madison St.
Suite 1500

3

37099945v.1

77 W. Wacker Drive, Ste. 4100
Chicago, IL 60601-1818

US Trustee
219 S Dearborn St.
Room 873
Chicago, IL 60604-2027

Wells Fargo
300 Tri-State International
Suite 400
Lincolnshire, IL 60069-4417

Sprint Nextel
Attn: Bankruptcy Dept
POB 7949
Overland park, KS 66207-0949

Chicago IL 60602-4602

Uline
2200 S. Lakeside Drive
Waukegan, IL 60085-8311

GreatAmerica Leasing Corporation
POB 609
Cedar Rapids, IA 52406

End of Label Matrix
Mailable recipients
Bypassed recipients
Total

37099945v.1