UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Trans Read Warehouse, Inc. | ) | Case No. 11 B 10709 -JPC |
| 7035 Properties, Inc. | ) | Case No, 11-10839-JPC |
| | ) | (Substantively Consolidated) |
| | ) | |
| Debtors | ) | Honorable Judge Jacqueline P. Cox |
| | ) | |

## NOTICE OF WITHDRAWAL

To:   See Attached Service List

    PLEASE TAKE NOTICE that the **CHAPTER 7 TRUSTEE'S FINAL ACCOUNT** previously filed on February 13, 2018 **(Document #240)** is withdrawn.   It is withdrawn because the Wrong Document was filed.

    /s/ Patrick S. Layng
    Patrick S. Layng, U.S. Trustee
    Office of the U.S. Trustee
    219 South Dearborn, Room 873
    Chicago, Illinois   60604
    (312) 886-7481

## CERTIFICATE OF SERVICE

    I, Patrick S. Layng, the U.S. Trustee, state that pursuant to Local Rule 9013-3(D) the above **Notice of Withdrawal** was filed on February 15, 2018, and served on all parties identified as Registrants on the service list below through the Court's Electronic Notice for Registrants and, as to all other parties on the service list below, I caused a copy to be sent via First Class Mail to the address(es) indicated on February 15, 2018.

    /s/Patrick S. Layng

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

Gus A. Paloian
gpaloian@seyfarth.com

Adam B. Goodman
Adam@thegoodmanlawoffics.com


Tovrov Law Office on Behalf of the Debtor 1
Trans Read Warehouse Inc.
105 West Madison Street
Suite 1500
Chicago, IL    60602